Peter J. NOLL, Appellant,

v.

STATE of Missouri, Respondent.

No. ED 86860.

Missouri Court of Appeals,
Eastern District,
Division Four.

June 30, 2006.

Motion for Rehearing and/or Transfer to
Supreme Court Denied Aug. 9, 2006.

Application for Transfer Denied
Sept. 26, 2006.

Gwenda Renee Robinson, St. Louis, MO,
for appellant.

Jeremiah W. (Jay) Nixon, Atty. Gen.,
Karen L. Kramer, Jefferson City, MO, for
respondent.

Before NANNETTE A. BAKER, P.J.,
ROBERT G. DOWD, JR., J., and
SHERRI B. SULLIVAN, J.

### ORDER

PER CURIAM.

Peter Noll ("Movant") appeals from the
motion court's judgment denying his Rule
29.15[1] motion for post-conviction relief
without an evidentiary hearing. Movant
claims three points on appeal. First, he
claims that the motion court erred in deny-
ing his post-conviction claim that the trial
judge vindictively sentenced and punished
him. Second, Movant claims that the mo-
tion court erred in denying Movant's mo-
tion for change of judge or disqualification.
Third, Movant claims that the motion court
erred in denying his claim for post-convic-

tion relief because his trial attorney was
ineffective for failing to make a hearsay
objection to J.L.'s prior oral, written, re-
corded, and videotaped testimonial state-
ments. We find no error and affirm.

No jurisprudential purpose would be
served by a written opinion reciting the
detailed facts and restating the principles
of law. The parties have been furnished
with a memorandum opinion for their in-
formation only, which sets forth the facts
and reasons for this order.

We affirm the judgment pursuant to
Rule 84.16(b).

---

1. All rule references are to Mo. Rules Crim. P.2004, unless otherwise indicated.